Mohsen H Ahmed Jr (Self-Represented)
2002 2nd Ave
San Diego, California, 92101-2016
Telephone: (619) 587-3867
mahmed@geauxtigerconstruction.com

FILED
June 23, 2023
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY  Nancy Boehme
Deputy Clerk, U.S. District Court

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOHSEN H AHMED JR<br><br>Plaintiff,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, ROLI KHANNA, KEVIN, GABE<br><br>Defendant | Case No.: CV 22-07792-MWF (DFM)<br><br>RESPONSE TO ORDER TO SHOW CAUSE RE CURRENT ADDRESS. |

### RESPOSNE TO COURT'S ORDER TO SHOW CAUSE

1. Self-Represented Plaintiff (Mohsen H Ahmed Jr) respectfully submits the following response to the Court's Order to Show Cause re Current Address of June 7, 2023. Plaintiff Mohsen H Ahmed Jr's address is 2002 2nd Ave, San Diego, California, 92101. Plaintiff Mohsen H Ahmed Jr's phone number is 619-587-3867. Plaintiff Mohsen H Ahmed Jr's email address is mahmed@geauxtigerconstruction.com.

2. Please note the plaintiff's above stated information has remained unchanged throughout the course of these proceedings and the documentation that were undeliverable was at no fault of the Plaintiff.

3. Please note the Court's Order to Show Cause re Current Address of June 7, 2023 was received by Plaintiff Mohsen H Ahmed Jr on June 22, 2023.

RESPONSE TO ORDER TO SHOW CAUSE RE CURRENT ADDRESS. - 1