|     |     |     |
| --- | --- | --- |
| 1   | EQUITABLE LAW FIRM, APLC<br>Michael Moghtader (SBN 206421) | JS-6 |
| 2   | moghtader@lawyer.com<br>16530 Ventura Blvd., Ste 606 | |
| 3   | Encino, CA 91436<br>Telephone: (818) 996-9600 | |
| 4   | Facsimile: (818) 996-1700 | |
| 5   | SHO-KAL LAW, APLC | |
| 6   | Laleh Shokohi (SBN 320852)<br>laleh@Shokallaw.com | |
| 7   | Eden Kalderon (SBN 316925)<br>Eden@shokallaw.com | |
| 8   | 21550 Oxnard Street, 3rd Floor<br>Woodland Hills, California 91367 | |
| 9   | Telephone: (888) 507-5991<br>Facsimile: (888) 507-5951 | |

ATTORNEYS FOR PLAINTIFF
EDGAR REYES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| EDGAR REYES, | ) | Case No. 8:22-cv-01372- DOC |
| --- | --- | --- |
| Plaintiff, | ) | ORDER ON **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | ) | |
| RAYTHEON (CA) TECHNOLOGIES CORPORATION, a Delaware corporation; B/E AEROSPACE, INC., dba COLLINS AEROSPACE, a Delaware corporation; and DOES 1 through 100, INCLUSIVE, | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action by Plaintiff Edgar Reyes against Defendants Raytheon (CA) Technologies Corporation, B/E Aerospace Inc., dba Collins Aerospace shall be dismissed with prejudice as to all claims of action, and parties, and that each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO STIPULATED**.

DATED: May 24, 2023                    SEYFARTH SHAW LLP

By: */s/ Sumithra R. Roberts*
    Jamie C. Pollaci
    Sumithra R. Roberts
    Attorneys for Defendant
    RAYTHEON TECHNOLOGIES CORPORATION which will do business in California as RAYTHEON (CA) TECHNOLOGIES CORPORATION

DATED: May 24, 2023                    SHO-KAL LAW, APLC

By: */s/ Laleh Shokohi*
    Laleh Shokohi
    Attorneys for Plaintiff
    EDGAR REYES

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

# [~~PROPOSED~~] ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that pursuant to stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1) IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: June 26, 2023

_____Douglas F. McCormick_____
UNITED STATES MAGISTRATE JUDGE